BRAHM, Appellant, vs. M. C. GEHL COMPANY and others, Respondents.

*April 10—May 2, 1911.*

*Corporations: Stock issued for good will of business: Fraud: Findings: Evidence.*

A finding by the trial court that no false representations were made as to the value of the good will of a business, for which good will, upon incorporation of the business, certain shares of stock were issued, is *held* to be sustained by the evidence.

APPEAL from a judgment of the circuit court for Milwaukee county: WARREN D. TARRANT, Circuit Judge. *Affirmed.*

Equitable action brought by plaintiff to cancel ten shares of stock alleged to have been fraudulently issued to the defendant *Mary E. Gehl,* wife of the defendant *M. C. Gehl,* and also to cancel one share of stock alleged to have been fraudulently issued to *M. C. Gehl.* At the close of the evidence the court made findings negativing fraud, and entered judgment dismissing the plaintiff's complaint, from which judgment the plaintiff appealed.

*A. J. Eimermann,* for the appellant.

For the respondents the cause was submitted on the brief
·of *John H. Paul.*

VINJE, J.   The single question presented by this appeal is
·one of fact.   The trial court found that no false or fraudu-
lent representations were made by the defendants as to the
value of the good will of the business, for which ten shares of
·stock were issued to the wife of the defendant *M. C. Gehl.*
There is ample testimony to sustain this finding and, that be-
ing so, the question of estoppel is eliminated.   It is signifi-
·cant, as respondents urge, that for two years and a half, while
plaintiff was president of the corporation and drawing a sal-
ary of $60 per month, he failed to discover that the value of
the good will had been misrepresented, but made such dis-
·covery the moment he lost his office and salary.   As to the one
share of stock issued to *M. C. Gehl,* it is undisputed that it
·was issued for personal property turned over by him to the
·corporation.   It would serve no useful purpose to review the
·evidence upon which the findings of the court are based.
    *By the Court.*—Judgment affirmed.